FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

11 NOV 16 PM 12:42

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) 4:11CR3123 |
| vs. | ) INDICTMENT |
| | ) [18 U.S.C. § 871] |
| LOREN JAMES HAMLIN, | ) |
| Defendant. | ) |

The Grand Jury Charges:

<u>COUNT I</u>

On or about September 29, 2011, in the District of Nebraska, Loren James Hamlin, the defendant herein, did knowingly and willfully deposit for conveyance in the mail and for a delivery from any post office and by a letter carrier, a letter, paper, writing, and document containing a threat to take the life of the President of the United States, specifically that when the defendant is released from prison he will 'track down' the President and kill him.

In violation of Title 18, United States Code, Section 871.

A TRUE BILL:



FOREPERSON

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

11 NOV 16 PM 12: 42

OFFICE OF THE CLERK

_____
DEBORAH R. GILG
United States Attorney

       The United States of America requests that trial of this case be held at Lincoln, Nebraska, pursuant to the rules of this Court.

_____
ALAN L. EVERETT
Assistant United States Attorney